# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Apple iPhone 13 Pro<br>Inventoried as 4122023CE000077 Item #1 | )<br>)<br>) Case No.  23mj1972<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein,

located in the  Southern  District of  California , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1029(a)(2) & (b)(1) | Use of Unauthorized Access Devices & Attempt |

The application is based on these facts:

See Attached Affidavit of USSS Special Agent Gail Castan, incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

USSS Special Agent Gail Castan

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

  telephone   *(specify reliable electronic means)*.

Date:  06/05/2023

*Judge's signature*

City and state:  San Diego, California         Hon. William V. Gallo, US Magistrate Judge

*Printed name and title*

## STATEMENT OF FACTS

I, Gail Castan, being duly sworn, state as follows:

1. I am a Special Agent with the U.S. Secret Service ("USSS"). I have been so employed since May 2018. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am authorized by law to conduct investigations and make arrests for felony offenses. I am presently assigned to the Criminal Investigative Division. I am a graduate of both the USSS Training Center in Beltsville, Maryland and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I also hold a Master of Science degree in Homeland Security from San Diego State University. I have received specialized training in the investigation of various financial and white-collar crimes and I have personally conducted or assisted in the investigation of violations of U.S. law, including access device fraud, computer fraud, identity theft, manufacturing credit cards, and money laundering. For example, during the sixteen (16) week USSS Special Agent Training Course, I received approximately 30 hours of training in fraud detection. This training consisted of lectures and practical exercises covering computer fraud, access device fraud, identity theft, manufacturing credit cards, and money laundering.

2. The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this and related investigations into California Electronic Benefit Transfer (EBT) fraud; my review of documents and records related to this and related investigations; communications with others who have personal knowledge of the events, details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth every fact that I or others have learned during this investigation. Dates, times, and amounts are approximate.

## STATEMENT OF PROBABLE CAUSE

*Overview*

3. The United States Secret Service (USSS) and the Southern California Cyber Fraud Task Force (SoCal CFTF) are working with state and federal agencies to investigate the theft and misuse of funds electronically distributed to individuals receiving public assistance.

4. This Affidavit is submitted in support of an arrest warrant for Radu GROSU and a warrant to search an iPhone 13 Pro seized from GROSU for evidence of and relating to unauthorized access device fraud. In the early morning hours of June 3, 2023, GROSU successfully withdrew $25,700 from a San Diego County ATM using 22 access devices in the form of gift cards that were encoded with EBT account information issued to someone else. GROSU also attempted to withdraw an additional $15,300 (for a total of $41,100) using EBT account information issued to someone else, but he either provided the incorrect personal identification number (PIN) or there were insufficient funds available.

*Background on Electronic Benefit Transfer Cards*

5. In the summer of 2022, California's Department of Social Services (CalDSS) advised the SoCal CFTF that it had detected a rise in fraud associated with the electronic debit cards issued to individuals and families who qualify for California public benefits like CalFresh and CalWORKS.

6. The U.S. Department of Agriculture also noticed a rise in fraud associated with the Supplemental Nutrition Assistance Program (SNAP) that it administers through its Food and Nutrition Service (FNS). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In California, SNAP public assistance benefits are distributed through CalFresh and loaded to an account that a qualified recipient access by means of an access card, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer

AFFIDAVIT -2-

(EBT) Card. The EBT card system was developed to enable government agencies in California and many other states to deliver public assistance benefits to recipients using electronic transfers. The EBT system is a computer-based system through which authorization for qualifying food purchases and cash withdrawals is received from either a point-of-sale (POS) terminal or an ATM.

7. CalWORKS is a public assistance program that provides cash aid to eligible families with one or more children in the home. Families that apply and qualify for ongoing CalWORKS assistance receive money each month to help pay for housing, food, and other necessary expenses. CalWORKS, along with CalFresh, is distributed by CalDSS through the California Advantage EBT card.

8. California public benefits associated with California's Employment Development Department (EDD) are being stolen in a similar way to CalFresh and CalWORKS benefits. In California, the EDD administers unemployment insurance, disability insurance, and paid family leave programs. EDD benefits, like EBT benefits, are distributed via electronic transfers to an access device card that, similar to a debit card, enable the user to make cash withdrawals and payments. In California, EDD benefits are distributed through an EBT card issued by Bank of America.

9. After a recipient applies for, and is approved to receive, California public assistance benefits, the benefits are automatically distributed to the recipient's EBT or EDD card on a designated day of the month (typically, in California, the first five days of the month). To access their benefits to purchase eligible food items, recipient swipe their card through a point-of-sale terminal, or insert it into an ATM, that records the card number, date, time, and amount of the transaction. The recipient then enters his/her unique PIN into a keypad to complete the transaction.

10. The USSS has gathered evidence indicating that members of what appear to be one or more criminal enterprises are stealing California EBT and EDD account information by installing skimmers on point-of-sale terminals, often by targeting point-

AFFIDAVIT -3-

of-sale terminals at large volume retailers, like Walmart, in communities with higher concentrations of public benefit recipients. The skimmed data is then often re-encoded onto the magnetic strips of cards that members of the conspiracy use to make unauthorized withdrawals and purchases. These re-encoded cards are sometimes referred to as "cloned" cards. Cloned cards can be a blank white plastic card, or another debit, credit, or gift card. Cloned cards may have names or numbers embossed on the physical face of the card. A common feature of cloned cards is that the account number encoded on the card's magnetic strip will not match the number embossed on the card's face. To facilitate the use of the stolen EBT benefits, members of the scheme will commonly put stickers bearing the account's PIN on the physical cards, or access devices, that are swiped at a point-of-sale terminal along with the account balance.

11. Data provided by CalDSS indicates that, between approximately August 2022 and January 2023, in the Southern District of California and elsewhere, more than approximately $38.9 million has been stolen using compromised EBT account information. Most of the stolen funds were obtained through unauthorized ATM withdrawals. CalDSS reports that approximately $2.3 million has been stolen through unauthorized ATM withdrawals in San Diego County and San Diego residents who receive EBT benefits have had approximately $2.9 million of their benefits fraudulently withdrawn at ATMs outside the county.

*Prior Southern California EBT Fraud Operations*

12. In July and August 2022, the SoCal CFTF learned of connected incidents at Walmart stores in Chula Vista, National City, and Sherman Heights involving overlay skimmers that appeared to be part of the California EBT fraud scheme.[1] According to

---

[1] An overlay skimmer is a skimmer that is part of a counterfeit faceplate designed to resemble the legitimate point-of-sale terminal. Overlay skimmers are mounted to the legitimate point-of-sale terminal and allow a victim's credit or debit card to be read by the legitimate terminal. In the process of inserting the victim's credit or debit card into the legitimate terminal, the card is also read by the overlay skimmer, which stores the

AFFIDAVIT -4-

police reports and records obtained by the task force, in June 2022, National City Police arrested a Romanian national who was caught installing an overlay skimmer without authorization at a National City Walmart. The suspect had at least one coconspirator assist him with the installation. (The coconspirator left the store before law enforcement arrived.) In July 2022, employees at a Chula Vista Walmart discovered an unauthorized overlay skimmer installed on a point-of-sale terminal. Store surveillance footage showed that the individual arrested by National City Police had, along with his unidentified coconspirator, installed the overlay skimmer at the Chula Vista Walmart two days before his arrest in National City. When arrested by National City Police, the suspect presented a fake European ID that misrepresented his name and nationality Record checks revealed his true name, Romanian nationality, and indicated that he had entered the U.S. without inspection. Additional investigation revealed that this individual, or someone closely matching his appearance, had installed an overlay skimmer at a Sherman Heights Walmart in March 2022 with the assistance of two additional coconspirators. The SoCal CFTF obtained a warrant (22MJ3289) to search the phone seized incident to the suspect's arrest. The search showed that the phone was assigned to a Los Angeles phone number, which was consistent with statements the individual made to the arresting officer that he lived in the Los Angeles area.

13. On the night of August 31, 2022, and into the early morning hours of September 1, 2022, the SoCal CFTF conducted surveillance of three San Diego ATMs that had previously been used to make unauthorized California EBT withdrawals. With information provided by bank investigators, the task force identified and arrested two

---

card's stolen electronic information for later unauthorized use. The overlay skimmers at issue in the California EBT investigation are not designed to read credit or debit cards embedded with a chip (i.e., most credit and debit cards). Unlike most bank-issued credit and debit cards, California EBT cards do not have chips (which makes the cards less expensive). The overlay skimmers that cannot read cards with chips therefore typically target California EBT cards.

AFFIDAVIT -5-

men. Both presented fake European IDs at the time of their arrest that misidentified their names and nationalities. Record checks ultimately revealed that both men were Romanian citizens who lacked legal status to be in the United States. The SoCal CFTF filed state charges against the two defendants, who were released on bond and disappeared. Both individuals are believed to reside in the greater Los Angeles area.

14. In a search incident to their arrests, the SoCal CFTF found the men to be in possession of approximately $10,000, gift cards with magnetic strips, skimming tools, and a skimmer. The gift cards all contained what appeared to be a PIN handwritten on them. Task force members also found and seized multiple cell phones and a laptop. Pursuant to a federal warrant (22MJ4389), the SoCal CFTF later searched these cell phones and laptop.

15. The search showed that men used their phones to record ATM withdrawals, store and communicate about EBT cards and track data (e.g., the electronic account information encoded on a card's magnetic strip), coordinate Airbnb rentals, and included information for a rental car that was caught on surveillance cameras during an unauthorized ATM withdrawal. These search results were consistent with reports that individuals involved in Romanian California EBT skimming schemes were using rental cars and Airbnbs at the start of each month to conceal their identity and location while engaging in unauthorized EBT withdrawals designed to steal public assistance benefits before the rightful recipients could use them. The results of the laptop search included photos and video showing a skimming device hooked up to what appeared to be the searched laptop. In the video, which showed the laptop's screen, the laptop user used a software program to extract and process raw skimmer data and then convert the data into usable track data that could then be encoded onto an access device's magnetic strip. The laptop contained multiple photos and videos of text files of converted track data, as well as internet browsing history showing the user(s) accessed websites that confirm if a credit or debit card number is open and active, as well as pinhole camera footage of

AFFIDAVIT -6-

what appeared to be ATM keypads where people were recorded entering what appeared to be PINs.

16. Subsequent investigation by the USSS revealed that one or both of the men arrested on September 1, 2022 had, in coordination with additional unidentified coconspirators, made unauthorized EBT account withdrawals at San Diego County ATMs on the nights or early morning hours of 5/2/2022, 5/3/2022, 6/1/2022, 6/15/2022, 7/7/2022, 7/8/2022, 7/9/2022, 7/12/2022, 8/1/2022, 8/2/2022, 8/3/2022. The largest withdrawals tended to be at the beginning of each month. For example, on July 2, 2022, $16,990 was withdrawn from ATMs at one location (1775 Camino De La Reina) and, on August 2, 2022, $27,860 was withdrawn from ATMs at the same location. Surveillance footage also showed that an individual matching the appearance of one of the men arrested had installed a skimmer at a San Diego convenience store in mid-July 2022 and returned a few days later to retrieve it. This pattern of activity was consistent with reporting that the EBT fraud crews tended to use compromised EBT and EDD accounts to make unauthorized cash withdrawals at the start of each month and to install and retrieve skimmers at other times to harvest compromised EBT and EDD account information.

17. In early February 2023 and early March 2023, the USSS's Los Angeles field office conducted similar surveillance operations at ATMs located in their district. Pursuant to these operations, the Central District arrested and charged 14 individuals for engaging in bank fraud, access device fraud, and/or aggravated identify theft. All these individuals were found in possession of fraudulent EBT account information and two also possessed fraudulent EDD account information encoded onto access device cards. At least three also possessed skimming devices and skimming-related tools. Between the 14 people charged, they possessed over 1000 fraudulent cards. Of these cards, approximately 635 were encoded with compromised California EBT account information and approximately 388 were encoded with compromised EDD account

AFFIDAVIT -7-

information. Most of the cards were "Vanilla" gift cards that were encoded with compromised account information. All 14 defendants were Romanian and all but one lacked status and appeared to have entered the United States without inspection. Six of the defendants possessed fake European IDs that misidentified their names and nationalities. All but one of the defendants was in possession of one or more cell phones. The USSS is still reviewing these phones pursuant to a federal search warrant. Preliminary review of at least one defendant's phone shows the phone was used to research ATM locations.

18. In late March 2023, the SoCal CFTF obtained arrest warrants (23MJ0914) for two Romanian nationals who conspired to use stolen EBT benefits to make over $250,000 in unauthorized SNAP transactions at grocery stores located in San Diego and Riverside County. To date, only one of the defendants has been arrested and she is charged by Information (23CR0794-RBM). Search results for two phones seized from the charged defendant and searched pursuant to a federal warrant (23MJ0606) include geolocation information tying the conspirators to fraudulent activity, videos and photographs of fraudulent proceeds, and coconspirators' names, contact information, and communications. The members of this conspiracy appear to have bought compromised EBT account information from a fellow Romanian.

*June 2023 San Diego Operation*

19. On the night of June 2, 2023, and into the early morning hours of June 3, 2023, the USSS and SoCal CFTF initiated surveillance of multiple San Diego County ATM locations with a history of fraudulent EBT withdrawal activity. Around midnight, the USSS received information that multiple EBT cash outs were being conducted at a U.S. Bank ATM located at 3900 Fifth Ave., San Diego, California 92103. U.S. Bank operates in interstate and foreign commerce, with its headquarters located in Minnesota.

20. This ATM was not one of the ATMs with active surveillance, however, images from U.S. Bank showed the same individual making multiple withdrawals from

AFFIDAVIT -8-

different EBT accounts. The individual, an adult male wearing a green hat and blue jean jacket, was later identified as Radu GROSU. While GROSU was at the ATM, the USSS received contemporaneous information from U.S. Bank that GROSU was conducting multiple EBT withdrawal transactions. According to U.S. Bank records and surveillance images, at approximately midnight, GROSU conducted a balance inquiry that was followed by a $2,500 withdrawal. An additional $1,500 was then withdrawn followed by 17 more successful fraudulent EBT transactions totaling $25,700. Interspersed with the successful withdrawals were 11 attempted fraudulent EBT withdrawals totaling $15,300. U.S. Bank records show these 28 total transactions, for a combined total of $41,100, occurred at the 3900 Fifth Ave. ATM between 0000 and 0039.

21. Based on the information provided by U.S. Bank, USSS SAIC Jason Reynolds responded to 3900 Fifth Avenue at approximately 0038, where he witnessed GROSU at the ATM conduct his final fraudulent transaction and remove the fraudulent EBT card and currency from the ATM. Once the transaction was completed, GROSU walked south on Fifth Ave. to University Ave. and proceeded a block east towards the northern parking lot on University Ave. At approximately 0040 SAIC Reynolds was telephonically provided with a description of GROSU from the bank's ATM camera surveillance images. This description matched the man whom SAIC Reynolds had seen at the ATM and was observing. As SAIC Reynolds was watching, GROSU entered the driver's side door of a black 4-door Mercedes SUV (CA 9FBB222). GROSU sat in the vehicle with the dome lights on. SAIC Reynolds proceeded past GROSU's vehicle on foot and confirmed GROSU was the only occupant in the vehicle. While SAIC Reynolds was conducting surveillance on the vehicle, GROSU exited the vehicle three times and proceeded to University Ave., where GROSU looked up and down the street multiple times. After the third time, GROSU got back into the Mercedes' driver's front seat of the vehicle and proceeded to depart the parking lot. GROSU then made a right

AFFIDAVIT -9-

turn heading west on University Ave. While on foot, SAIC Reynold's communicated with SDPD Sgt. Cherski and SDPD Det. Romero a description and direction of travel of GROSU's vehicle, which had made a right turn on Fifth Ave.

22. SDPD then followed the vehicle and notified San Diego patrol units of GROSU's location. Patrol proceeded to conduct a felony traffic stop and GROSU was detained. Patrol units took GROSU into custody without incident. An iPhone 13 Pro was seized by SDPD patrol units upon contact with GROSU. SAIC Reynolds positively identified GROSU as the same individual at the U.S. Bank at 3900 Fifth Ave.

23. Secret Service agents read GROSU his Miranda Rights, which he acknowledged. USSS SA Chris Saunders conducted a search incident to arrest and located 1 Cabela gift card in GROSU's upper right jacket pocket and 10 Vanilla Visa gift cards in his lower right jacket pocket. A black wallet, found in GROSU's front left pocket, contained a Romanian ID and a debit card in GROSU's name along with $507.00 in cash.  The black 4-door Mercedes SUV that GROSU was driving was determined to be a rental car.

24. Incident to GROSU's arrest, and to inventory and preserve any personal effects and evidence contained within the black 4-door Mercedes SUV, which would be returned to its registered owner, agents found 18 gift cards from various retailers in the driver's side door and a green backpack located on the passenger side seat, which contained $27,720 in cash, 32 gift cards from various retailers, and various immigration documents to include a social security card and a GROSU's Romanian passport. The social security card appears to be legitimate, and GROSU appears to have status to be in the United States through his marriage to a U.S. citizen.

25. Law enforcement confirmed that the cards located on GROSU and in the vehicle were cloned EBT cards by reading the magnetic stripe and determining through CalDSS that the cards belonged to other real individuals, not GROSU.  Moreover, the cloned cards also were affixed with stickers bearing what appeared to be PINs that

AFFIDAVIT -10-

corresponded to each cloned card and would have been needed to conduct the unauthorized ATM withdrawals.

26.   When asked to identify himself/herself, GROSU provided the name Radu GROSU and provided identification with the date of birth of July 30, 1986.

27.   At the time of his arrest, GROSU possessed 1 cell phone: an iPhone 13 Pro. This phone was seized incident to arrest and inventoried as 4122023CE000077 Item #1.  I submit there is probable cause to search the phone for evidence of and relating to skimming and EBT fraud-related activity.  As outlined in part above, individuals engaged in similar activities in Southern California have been shown to use their phones to communicate with coconspirators, research ATM locations, navigate, store and record fraud-related information (e.g. electronic account information, photos and videos of contraband), conduct balance inquiries via phone and the Internet, and facilitate travel and lodging while conducting fraud-related activities.  The investigation to date shows that EBT fraud and related skimming activities involving Los Angeles-area Romanians has occurred in San Diego County since at least March 2022.  Accordingly, this affidavit seeks authorization to search the cell phone seized from GROSU for evidence from March 1, 2022 through and including June 3, 2023.

## Procedures for Electronically-Stored Information

### Cell Phones

28.   It is not possible to determine, merely by knowing the cellular phone's make, model and serial number, the nature and types of services to which the device is subscribed and the nature of the data stored on the device.  Cellular devices today can be simple cellular telephones and text message devices, can include cameras, can serve as personal digital assistants and have functions such as calendars and full address books and can be mini-computers allowing for electronic mail services, web services and rudimentary word processing.  An increasing number of cellular service providers now allow for their subscribers to access their device over the internet and remotely destroy

AFFIDAVIT -11-

all of the data contained on the device. For that reason, the device may only be powered in a secure environment or, if possible, started in "flight mode" which disables access to the network. Unlike typical computers, many cellular telephones do not have hard drives or hard drive equivalents and store information in volatile memory within the device or in memory cards inserted into the device. Current technology provides some solutions for acquiring some of the data stored in some cellular telephone models using forensic hardware and software. Even if some of the stored information on the device may be acquired forensically, not all of the data subject to seizure may be so acquired. For devices that are not subject to forensic data acquisition or that have potentially relevant data stored that is not subject to such acquisition, the examiner must inspect the device manually and record the process and the results using digital photography. This process is time and labor intensive and may take weeks or longer.

29. Following the issuance of this warrant, the USSS will collect the subject cellular telephone and subject it to analysis. If there are technological challenges, the examiners may need to consult with other law enforcement partners. All forensic analysis of the data contained within the telephone and its memory cards will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

30. Based on the foregoing, identifying and extracting data subject to seizure pursuant to this warrant may require a range of data analysis techniques, including manual review, and, consequently, may take weeks or months. The personnel conducting the identification and extraction of data will complete the analysis within ninety (**90**) days of the date the warrant is signed, absent further application to this court.

## PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE

31. The United States is unaware at this time of other attempts to search the subject devices.

//

## CONCLUSION

32. For the reasons described above, there is probable cause to believe that Radu GROSU, did knowingly and with intent to defraud use one and more unauthorized access devices during a one-year period, and by such conduct obtain cash and other things of value aggregating $1,000 and more during such one-year period in violation of 18 U.S.C. § 1029(a)(2) (use of unauthorized access devices) and 1029(b)(1) (attempt).

_____
Special Agent Gail Castan
UNITED STATES SECRET SERVICE

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on June 5, 2023.

_____
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

AFFIDAVIT

-13-

ATTACHMENT A

PROPERTY TO BE SEARCHED

The following property is to be searched:

    a.    Apple iPhone 13 Pro inventoried as 4122023CE000077 Item #1 (the "Target Device").

The Target Device is currently in the custody and control of U.S. Secret Service at 550 W. C St, Suite 660, San Diego, CA 92101.

ATTACHMENT B

ITEMS TO BE SEIZED

Authorization to search the Target Device described in Attachment A includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the Target Device for evidence described below. The seizure and search of the Target Device shall follow the search methodology described in the affidavit submitted in support of the warrant.

The evidence to be seized from the Target Device will be electronic records, communications, and data such as emails, text messages, mobile messaging application content, social media content, images, records from third-party and websites applications (e.g., Mapquest, Google Maps), photographs, audio files, videos, browsing history, and location data, for the period of March 1, 2022, up to and including June 3, 2023, for the following:

 a. Communications, records, images, videos, electronic files, and attachments tending to discuss or pertain to access devices (e.g., EBT cards, EDD cards, debit cards, the electronic track data embedded on such cards) or account information associated with such devices (e.g., PINs, names), including but not limited to the unauthorized use, interception, collection, transfer, or possession of such devices or related account information;

 b. Communications, records, images, videos, electronic files, and attachments tending to discuss or pertain to skimming devices, or the location or manner in which such devices are installed, deployed, distributed, collected, or manufactured;

 c. Communications, records, images, videos, electronic files, and attachments tending to discuss or reflect an intent to i) steal or misuse access devices, or account information associated with such devices, or ii) install, deploy, distribute, collect, or manufacture unauthorized skimming devices, that would tend to discuss or establish motive,

        opportunity, intent, preparation, plan, knowledge, absence of mistake, or lack of accident, with regard to the crimes under investigation;

d.     Communications, records, images, videos, electronic files, and attachments tending to identify the user(s) of, or persons with control over or access to, the Target Device, including the telephone number associated with any of the Target Device and, without any date restriction, all contact entries;

e.     Communications, records, images, videos, electronic files, and attachments tending to identify the user(s) of the Target Device's state of mind, knowledge, motive, and voluntariness regarding the crime under investigation, such as any communications, records, or attachments demonstrating knowledge that EBT or EDD account information, PINs, victim names, skimmers, or access devices were being used without authorization or with an intent to deceive;

f.     Communications, records, images, videos, electronic files, and attachments tending to identify or establish the use of fake or stolen personal identification information, such as the names or PINs found on California Advantage cards;

g.     Communications, records, images, videos, electronic files, and attachments tending to identify any co-conspirators, co-schemers, criminal associates, or others involved in a scheme to steal or misuse access device card information; and

h.     Communications, records, images, videos, electronic files, and attachments that provide context to any communications, records, images, videos, electronic files, and attachments described above, such as electronic messages sent or received in temporal proximity to any relevant electronic message and any content tending to identify the user(s) of the device to be searched;

**which are evidence of violations of 18 U.S.C. §§ 1029(a)(2) and (b)(1).**